UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DUANE LEMARE BANKS,　)
a/k/a DEWAYNE BANKS,　)
　　　　　　　　　　　　)
　　Plaintiff,　　　　　 )
　　　　　　　　　　　　)
v.　　　　　　　　　　　) Case No. CV408-170
　　　　　　　　　　　　)
LORIE PROVOST,　　　　)
　　　　　　　　　　　　)
　　Defendant.　　　　　)

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27th day of January, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA